**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rodney Audie BELVADO, Defendant—
Appellant.**

**No. 08–10567.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 14, 2009.

Filed Dec. 21, 2009.

Randall M. Howe, Esquire, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Mark Paige, Paige Law Firm, Phoenix, AZ, for Defendant–Appellant.

Before: W. FLETCHER, CLIFTON and IKUTA, Circuit Judges.

MEMORANDUM *

This is Belvado's second appeal of his conviction for first degree murder. On the first appeal, this court remanded for consideration of whether Belvado's pre-confession waiver of *Miranda* rights was knowing and intelligent. "For inculpatory statements made by a defendant during custodial interrogation to be admissible in evidence, the defendant's 'waiver of Miranda rights must be voluntary, knowing, and intelligent.'" *United States v. Garibay*, 143 F.3d 534, 536 (9th Cir.1998) (quoting *United States v. Binder*, 769 F.2d 595, 599 (9th Cir.1985)).

Upon remand, the district court found that Belvado's waiver was knowing and intelligent. We review that determination for clear error. *Garibay*, 143 F.3d at 536 (citing *United States v. Cazares*, 121 F.3d 1241, 1243 (9th Cir.1997)). Under the totality of the circumstances here and the

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

case law of this circuit, the district court's conclusion was not clear error.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.